# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| LORENZO HENDERSON | CIVIL ACTION NO. 5:17-CV-423-P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| WARDEN SUMMLIN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 10), and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED** without prejudice in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED in chambers in Shreveport Louisiana, on this ____ day of _____, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE